UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                 :
                                          :
                                          :
                                          :
           - against -                    :
                                          :
                                          :     22 CR 195 (KAM)
TERRAE HINDS                              :
                                          :
                                          :
                     Defendant.           :
------------------------------------------------------------X

Samuel Gregory, Esq
Law Office of Samuel Gregory
16 Court Street, Suite 3500
Brooklyn, New York 11241
Tel: 718-222-2992/718-360-6243
Email: Sam@samgregory.com

*Attorney for Terrae Hinds*

*Law Office of*
**SAMUEL GREGORY**
*16 Court Street, Suite 3500*
*Brooklyn, New York, 11201*
*Telephone: 718-222-2992*
*Email:Sam@samgregory.com*
*www.samgregory.com*

*Admitted in NY and NJ*

**VIA ECF**

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re**: <u>United States v. Terrae Hinds</u>
      Docket 22 Cr 195

Dear Judge Matsumoto,

  As the Court is aware Mr. Hinds' case was dismissed without prejudice as it was sent to the Southern District of New York. I continue to be actively involved in representing Mr. Hinds in the Southern District with respect to the issues arising out of his conduct in the Eastern District. I am requesting that this Court continue my appointment notwithstanding that Mr. Hind's case was dismissed without prejudice.

            Respectfully submitted,

      By: <u>/s/*Samuel Gregory*//</u>
         Law Office of Samuel Gregory
         16 Court Street, Suite 3500
         Brooklyn, New York 11241
         Tel: 718-222-2992/718-360-6243
         Email: Sam@samgregory.com

         *Attorney for Terrae Hinds*

Cc: The Hon. Kiyo A. Matsumoto (by ECF)
Clerk of Court (KAM) (by ECF)
Philip Nathan Pilmar for the Government (by ECF)